1  **NICHOLAS F. REYES, #102114**
Attorney at Law
2  1107 "R" Street
Fresno, California 93721
3  Telephone: (559) 486-4500
Facsimile:   (559) 486-4533
4
Attorney for Defendant
5  **ANTONIO MALAGON**

6

7

8
UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA          )       **CASE NO. 1:06-CR-00342-04-OWW**
                                      )
12                                    )       **STIPULATION TO CONTINUE**
                    Plaintiff,        )       **SENTENCING; ORDER**
13                                    )
         v.                           )
14                                    )
ANTONI MALAGON                        )
15                                    )
                    Defendant.        )
16  _____)

17

18          Defendant , ANTONIO MALAGON, by and through his counsel of record,

19  NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through

20  its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for

21  the Eastern District of California, hereby stipulate that the sentencing in the above-referenced

22  case currently scheduled for Monday, July 14, 2008, at 1:30p.m. be continued to Monday,

23  August 18, 2008 at 1:30p.m. in the courtroom for the Honorable Oliver W,. Wanger, District

24  Judge.

25

26

27

28

1   **IT IS SO STIPULATED**

                                      Respectfully submitted,

2

3

   Dated: 07-9-08                      /s/ Nicholas F. Reyes_____

4                                    NICHOLAS F. REYES

                                    Attorney for Defendant

5                                    **ANTONIO MALAGON**

6

7   **IT IS SO STIPULATED**

8

9   Dated: 07-09-08                    /s/ Kathleen A. Servatius_____

                                    KATHLEEN A. SERVATIUS

10                                   Assistant U.S. Attorney

11   IT IS SO ORDERED.

12   **Dated:   July 9, 2008**             **/s/ Oliver W. Wanger_____**

                                    UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28