1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **ANTONIO MALAGON**

6

7

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA        )   **CASE NO. 1:06-CR-00342-04-OWW**
                                     )
12 |                                 )   **STIPULATION TO CONTINUE**
   |                      Plaintiff, )   **SENTENCING**; **ORDER**
13 |                                 )
   |        v.                       )
14 |                                 )
   | ANTONI MALAGON                  )
15 |                                 )
   |                      Defendant. )
16 | _____ )

17
        Defendant , ANTONIO MALAGON, by and through his counsel of record,
18
   NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through
19
   its counsel of record, KATHLEEN A. SERVATIUS, Assistant United States Attorney for
20
   the Eastern District of California, hereby stipulate that the sentencing in the above-referenced
21
   case currently scheduled for Monday, July 14, 2008, at 1:30p.m. be continued to Monday,
22
   August 18, 2008 at 1:30p.m. in the courtroom for the Honorable Oliver W,. Wanger, District
23
   Judge.
24

25

26

27

28

1  **IT IS SO STIPULATED**

                                         Respectfully submitted,

3  Dated: 07-9-08                                                 /s/ Nicholas F. Reyes
                                               NICHOLAS F. REYES
                                               Attorney for Defendant
                                               **ANTONIO MALAGON**

7  **IT IS SO STIPULATED**

9  Dated: 07-09-08                                                /s/ Kathleen A. Servatius
                                               KATHLEEN A. SERVATIUS
                                               Assistant U.S. Attorney

11 IT IS SO ORDERED.

12 **Dated:   July 9, 2008**                                      **/s/ Oliver W. Wanger**
                                               UNITED STATES DISTRICT JUDGE